IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JERRY O'DELL,

                                                                                           ORDER

                       Plaintiff,

                                                                     12-cv-948-bbc

     v.

STEVE WATTERS, DEB McCULLOCH,
KAY MORSE, STEPHANIE ARMITAGE
and JANET FAIT,

                     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered on March 8, 2013, I directed plaintiff Jerry O'Dell to file either the complaint he filed in his state court lawsuit and the written opinion of the judge deciding the state court case, or an amended complaint including the following facts: (1) the allegations in his previous complaint; (2) the defendants named in that case; (3) the court in which the case was filed; (4) the case number; and (5) how the judge decided each claim. Plaintiff's deadline to respond was March 29, 2013. In addition, I warned plaintiff that his failure to respond to the court's order would result in dismissal of this case. It is now April 12, 2013, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

      Accordingly, IT IS ORDERED that plaintiff Jerry O'Dell's case is dismissed with prejudice. The clerk of court is directed to enter judgment and close this case.

      Entered this 15th day of April, 2013.

                                         BY THE COURT:

                                         /s/

                                         BARBARA B. CRABB
                                         District Judge